UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL AGUILAR CHAVEZ,

       Plaintiff,

    v.

WARDEN, CALIFORNIA CITY
CORRECTIONAL CENTER,

      Defendant.

No.  1:26-cv-03023-DC-CKD

RECUSAL ORDER

     Upon examination of the above-captioned action, the undersigned judge disqualifies herself.  Good cause appearing, IT IS HEREBY ORDERED that the undersigned recuses herself from the above-captioned case.

     IT IS FURTHER ORDERED that the Clerk of Court reassign this case to another judge for all further proceedings and that the Clerk of Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated:  May 14, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

/chav3023.rec

1