UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL AGUILAR CHAVEZ (A-Number: 221-452-360),<br><br>Petitioner,<br><br>v.<br><br>WARDEN, CALIFORNIA CITY DETENTION FACILITY,<br><br>Respondent. | Case No. 1:26-cv-03023-DC-JDP (HC)<br><br>ORDER DECLINING TO ADOPT FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 10, 16) |

Petitioner, an immigration detainee proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 25, 2026, the magistrate judge filed findings and recommendations herein, which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 16.) Neither party filed objections. However, on July 15, 2026, Respondent filed a status report notifying the court that Petitioner was removed from the United States on June 24, 2026, before the findings and recommendations were filed. (ECF No. 17.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the

court declines to adopt the findings and recommendations in light of the new information provided by Respondent (ECF No. 17), which reveals that this matter was rendered moot by Petitioner's removal from the United States. *See, e.g., Diestra Eleorreiaga v. Warden of Golden State Annex*, No. 1:26-cv-0680-TLN-JDP, 2026 WL 622844, at *2 (E.D. Cal. Mar. 5, 2026), *report and recommendation adopted sub nom. Harold D.E. v. Andrews*, 2026 WL 896161 (E.D. Cal. Apr. 1, 2026) (moot when petitioner removed to Peru); *Sandhu, v. Wofford, et al.*, No. 1:25-cv-0972-KES-EPG, 2025 WL 3523036 (E.D. Cal. Dec. 9, 2025), *report and recommendation adopted*, 2026 WL 714629 (E.D. Cal. Mar. 13, 2026) (moot when petitioner removed to India); *Vay, v. Chestnut*, No. 1:25-cv-1810-SKO, 2026 WL 675130, at *1 (E.D. Cal. Mar. 10, 2026) (moot when petitioner removed to Vietnam). Mootness is a jurisdictional issue that the court is obliged to raise sua sponte. *Gator.com Corp. v. L.L. Bean, Inc.*, 398 F.3d 1125, 1129 (9th Cir. 2005).

Accordingly, IT IS HEREBY ORDERED that:

1. The court DECLINES TO ADOPT the findings and recommendations filed June 25, 2026 (ECF No. 16) as the matter was rendered moot by Petitioner's removal on June 24, 2026;

2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is DISMISSED as moot;

3. Respondent's motion to dismiss (ECF No. 10), is DENIED as moot; and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 10, 2026**

Dena Coggins
United States District Judge